IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-00185-RJ

| | |
|---|---|
| DONALD RAY LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

In consideration of the Consent Motion to Remand filed by the Defendant, the Acting Commissioner of Social Security, the Court GRANTS the motion and hereby REMANDS this case under Sentence Six of 42 U.S.C. § 405(g) for the purpose of permitting further action by the Acting Commissioner of Social Security.

SO ORDERED, this the 10th day of February 2016.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE